Nos. 13-2235(L), 13-2252, and 13-2325

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

CSX TRANSPORTATION, INCORPORATED,

Plaintiff-Appellee/Cross-Appellant,

v.

ROBERT N. PEIRCE, JR.; LOUIS A. RAIMOND; RAY A. HARRON, Dr.,

Defendants-Appellants/Cross-Appellees,

and

ROBERT V. GILKISON; PEIRCE, RAIMOND & COULTER, PC, a/k/a Robert Peirce & Associates, P.C., a Pennsylvania Professional Corporation; JOHN DOE(S); MARK T. COULTER,

Defendants,

RICHARD CASSOFF, M.D.,

Party-in-Interest,

LUMBERMENS MUTUAL CASUALTY COMPANY,

Intervenor.

Appeals from the United States District Court
for the Northern District of West Virginia
in Case No. 5:05-cv-00202-FPS-JES (Stamp, J.)

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING APPELLEE/CROSS-APPELLANT'S PRINCIPAL/RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), Plaintiff-Appellee/Cross-Appellant CSX Transportation, Inc. ("CSXT") respectfully moves for an order extending the time for filing its principal/response brief by 30 days, to and including April 28, 2014 (a Monday).

In support of this motion, CSXT states as follows:

1. Defendants-Appellants/Cross-Appellees' principal brief in these consolidated appeals was filed on February 24, 2014. CSXT's principal/response brief is currently due on March 27, 2014.

2. No previous extensions have been requested by CSXT.

3. In accordance with Local Rule 31(c), this extension request is being filed well in advance of the date the brief is due.

4. Good cause exists for the requested extension. The appeals in this case are from a jury verdict for CSXT on RICO and common-law claims; the record is voluminous; the precise issues raised by Defendants-Appellants on appeal were not known to CSXT until Defendants-Appellants filed their principal brief; and an *amicus curiae* brief has been filed in support of Defendants-Appellants. In addition,

2

counsel for CSXT collectively have a number of competing professional commitments, including:

- Preparing and filing the appellant's brief in *Blake v. Ross*, No. 13-7279 (4th Cir.), which was filed on February 28, 2014.

- Preparing and filing the appellant's brief in *United States v. Freeman*, No. 13-50493 (9th Cir.), which was filed on March 4, 2014.

- Preparing and filing the petition for review in *Coleman v. Medtronic, Inc.* (Cal. S. Ct.), which is due on March 10, 2014.

- Preparing for and presenting oral argument in *Ueltschy v. CSX Transportation, Inc.*, No. 11-C-16 (W. Va. Cir. Ct.), which is scheduled for March 21, 2014.

- Preparing and filing the appellee's brief in *McCormick v. Medtronic, Inc.*, No. 670, Sept. Term 2013 (Md. Ct. Spec. App.), which is due on April 1, 2014.

- Preparing and filing the appellant's brief in *Renzi v. United States*, No. 13-10588 (9th Cir.), which is due on April 8, 2014.

- Preparing for and presenting oral argument in *Caniff v. CSX Transportation, Inc.*, No. 2012-SC-000750-DG (Ky. S. Ct.), which is scheduled for April 9, 2014.

- Preparing and filing the appellee's brief in *Ledet v. Medtronic, Inc.*, No. 14-60070 (5th Cir.), which is due on April 21, 2014.

3

5. Given the complexity of this case and counsel's competing professional commitments, CSXT will be unable to complete its principal/response brief within the time currently allotted.

6. A 30-day extension of time, which will not prejudice Defendants-Appellants or unduly delay the ultimate disposition of this case, will ensure that the legal and factual issues presented in these appeals are thoroughly and thoughtfully briefed for this Court's consideration.

7. Counsel for CSXT have conferred with opposing counsel and are authorized to state that Defendants-Appellees consent to this motion.

WHEREFORE, Defendant-Appellee/Cross-Appellant CSX Transportation, Inc. respectfully requests that the Court issue an order extending the time for filing its principal/response brief to and including April 28, 2014.

Dated: March 6, 2014

Respectfully submitted,

/s/ *Dan Himmelfarb*
Dan Himmelfarb
Scott M. Noveck
Jason R. LaFond
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000

*Counsel for Plaintiff-Appellee/
    Cross-Appellant
    CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of March, 2014, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Dan Himmelfarb
Dan Himmelfarb
*Counsel for Plaintiff-Appellee/*
   *Cross-Appellant*
   *CSX Transportation, Inc.*
