FILED: March 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2235 (L)
(5:05-cv-00202-FPS-JES)

_____

CSX TRANSPORTATION, INCORPORATED

        Plaintiff - Appellee

v.

ROBERT N. PEIRCE, JR.; LOUIS A. RAIMOND

        Defendants - Appellants

and

ROBERT V. GILKISON; PEIRCE, RAIMOND & COULTER, PC, a/k/a Robert Peirce & Associates, P.C., a Pennsylvania Professional Corporation; JOHN DOE(S); MARK T. COULTER; RAY A. HARRON, Dr.

        Defendants

RICHARD CASSOFF, M.D.

        Party-in-Interest

LUMBERMENS MUTUAL CASUALTY COMPANY

        Intervenor

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

FRAP 30(c) page-proof opening/response brief & service of additional designations due: 04/28/2014

FRAP 30(c) page-proof response/reply brief due: 05/29/2014

Appendix due: 06/20/2014

Opening brief, response brief, and any reply brief in final form due: 06/30/2014

For the Court--By Direction

/s/ Patricia S. Connor, Clerk